AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

United States of America

v.

**CHRISTIAN ARROYO COLLAZO**

_____
_Defendants_

Case No. 23-mj- 5118

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

## COUNT 1

### (Engaging in the Firearms Business Without a License)

Beginning in or about Novmeber 2021, the exact date being unknown, and continuing until in or about March 2023, in the Western District of New York and elsewhere, the defendant, **CHRISTIAN ARROYO COLLAZO**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

**All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).**

## COUNT 2

### (Interstate Shipment and Transportation of Firearms)

Beginning in or about November 2021, the exact date being unknown, and continuing until in or about March 2022, in the Western District of New York and elsewhere, the defendant, **CHRISTIAN ARROYO COLLAZO,** with the intent to commit offenses therewith punishable by imprisonment for a term exceeding one year, and with knowledge and reasonable cause to believe that offenses punishable by imprisonment for a term exceeding one year were to be committed therewith, that is, violations of New York Penal Law Section 265.01-b, did ship and transport, and aid and abet the shipment and transportation, of firearms in interstate commerce, that is, from the State of Pennsylvania to the State of New York.

**All in violation of Title 18, United States Code, Sections 924(b) and 2.**

## COUNT 3

### (Trafficking in Firearms)

Beginning in or about July 2022, the exact date being unknown, and continuing until on or about March 2023, in the Western District of New York and elsewhere, the defendant, **CHRISTIAN ARROYO COLLAZO**, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to K.P. and J.H., individuals known to the U.S. Attorney, in or otherwise affecting interstate commerce, knowing

or having reasonable cause to believe that the use, carrying, or possession of the firearms by K.P. and J.H., would constitute a felony, or did attempt or conspire to do so.

**All in violation of Title 18, United States Code, Sections 933(a)(1) and 933(a)(3).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

CHRISTOPHER SZMANIA (Affiliate)

Digitally signed by CHRISTOPHER SZMANIA (Affiliate)
Date: 2023.07.11 14:06:05 -04'00'

*Complainant's signature*

CHRISTOPHER M. SZMANIA
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

*Printed name and title*

Criminal Complaint submitted electronically by e-mail in .pdf format. Oath administered, and contents and signatures attested to me as true and accurate telephonically pursuant to Fed R. Crim. P. 4.1.
.

Date: July 11, 2023

*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

City and State:  Buffalo, New York

## AFFIDAVIT

STATE OF NEW YORK   )
COUNTY OF ERIE       )        SS:
CITY OF BUFFALO      )


**CHRISTOPHER M. SZMANIA**, Task Force Officer with the Drug Enforcement Administration (DEA), being duly sworn, deposes and says:


1.      I am a Deportation Officer (DO) employed by the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been so employed since March 30, 2008. I am currently assigned to the DEA in Buffalo, New York as a Task Force Office.  As part of my duties with DEA Buffalo, I have participated in multiple investigations involving large-scale marijuana, cocaine, crack cocaine, methamphetamine, and heroin distribution organizations.  As such, I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41; this is, empowered by law to apply for search warrants.


2.      During my law enforcement career, I have participated in multiple investigations targeting individuals engaging in the trafficking and distribution of narcotics. Based on my training, experience in law enforcement, and conversations with DEA Special Agents (SA's) and Task Force Officers (TFO's), and other law enforcement officers, I am familiar with how controlled substances are cultivated, manufactured, processed, packaged, distributed, sold and used by individuals involved in drug trafficking activities, and how drug

traffickers use electronic communications to facilitate their illegal activities. As a result of my training and experience, I am familiar with the language, conduct and customs of people engaged in narcotics transactions conspiracies. My investigative experience, as well as the experience of other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.

3.     My investigative experience, as well as the experience of other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.   I am thoroughly familiar with the information set forth in this affidavit as a result of my personal investigation, discussions with other law enforcement officers or statements provided by other law enforcement personnel, which have been reported to me, and examination of various documents and records in this investigation.   This affidavit is being submitted for a limited purpose, that is, a probable cause determination, therefore, I have not presented all of the facts of this investigation to date.

4.     I make this Affidavit in support of an application for a Criminal Complaint charging **CRISTIAN ARROYO COLLAZO** with violations of Title 18, United States Code, Sections 922(a)(1)(A) (unlicensed dealing) 924(b) (interstate shipment and transportation of firearms), and 933(a)(3) (firearms trafficking), collectively referred to as the "Target Offenses."

5.     This affidavit is submitted for a limited purpose, and as a result, I have not included details of every aspect of this investigation. I am thoroughly familiar with the

2

information set forth in this affidavit as a result of my personal investigation, discussions with other law enforcement officers or statements provided by other law enforcement personnel, DEA Special Agents (SA) and TFO's, which have been reported to me, and examination of various documents and records in this investigation.

6.      I am thoroughly familiar with the information set forth in this affidavit because of my personal investigation, discussions with other law enforcement officers or statements provided by other law enforcement personnel, DEA Special Agents (SA) and TFO's, which have been reported to me, and examination of various documents and records in this investigation.   Based upon that information, I assert that the articulated facts establish grounds for the issuance of a Criminal Complaint for **CRISTIAN ARROYO COLLAZO.** This affidavit is intended to show simply that there is sufficient probable cause for the requested Criminal Complaint and does not set forth all of my knowledge about this matter. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## RELEVANT STATUTES

7.      I have been informed by the United States Attorney's Office, Western District of New York, that:

a.      Title 18, United States Code section 922(a)(1)(A), provides that is shall be unlawful for any person:

> except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce.

3

The elements are:

- The defendant was not licensed to deal firearms; and

- The defendant willfully engaged in the business of dealing firearms.


To prosecute an unlicensed individual for unlawfully dealing in firearms under 18 U.S.C. § 922(a)(1)(A), the government must prove, among other things, that the person who engaged in such activity had an economic objective and "pursue[d] this objective through the repetitive purchase and resale of firearms." United States v. Tyson, 653 F.3d 192, 200-01 (3d Cir. 2011).   The Second Circuit in United States v. Nadirashvili, 655 F.3d 114, 119 (2d Cir. 2011):

> We have held that: [t]he government need not prove that dealing in firearms was the defendant's primary business.   Nor is there a 'magic number' of sales that need be specifically proven.   Rather, the statute reaches those who hold themselves out as a source of firearms.   Consequently, the government need only prove that the defendant has guns on hand or is ready and able to procure them for the purpose of selling them from [time] to time to such persons as might be accepted as customers.   United States v. Carter, 801 F.2d 78, 81–82 (2d Cir.1986) (internal quotation marks and citations omitted).

Courts have consistently held that selling as few as two or four firearms is sufficient to sustain a conviction under Section 922(a)(1)(A).   See, e.g., United States v. Shan, 361 Fed. Appx. 182, 183-84 (2d Cir. 2010) (unpub.) (sufficient evidence defendant was "engaged in the business" of firearms dealing where he "sold two firearms within roughly one month," "acknowledged . . . he had a source of supply for other weapons," and "acted willfully" by being "wary to let others witness his transactions" and by selling "weapons for above market price"); United States v. Pineda, 411 Fed. Appx. 612, 614 (4th Cir. 2011) (unpub.) (sufficient evidence to sustain conviction under Section 922(a)(1)(A) where defendant sold four firearms

without a license).

      b.      Title 18, United States Code section 924(b), provides:

> Whoever, with intent to commit therewith an offense punishable by imprisonment for a term exceeding one year, or with knowledge or reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year is to be committed therewith, ships, transports, or receives a firearm or any ammunition in interstate commerce shall be [guilty of a crime].

The elements of 924(b) are:

- First, that the defendant transported or shipped a firearm in interstate commerce; and

- Second, that defendant transported and shipped the firearm with the intent to commit the crime *or* with knowledge that the crime would be committed *or* with reasonable cause to believe that the crime be committed with the firearm.

See *2* Modern Federal Jury Instructions-Criminal P 35.13, Instruction 35-82 (2022); see also

United States v. Tyson, 653 F.3d 192 (3d Cir. 2011).[1]

      c.      Title 18, United States Code section 933, provides that it is unlawful for any

---

1 New York Penal Law Section 265.01-b, in pertinent part, provides:

Criminal possession of a firearm.

A person is guilty of criminal possession of a firearm when he or she:

(1)  possesses any firearm or; (2) lawfully possesses a firearm prior to The effective date of the chapter of the laws of two thousand thirteen  which added   this   section   subject  to  the  registration  requirements  of subdivision sixteen-a of section 400.00 of this  chapter  and  knowingly fails to register such firearm pursuant to such subdivision.

Criminal possession of a firearm is a class E felony.

person to:

(1)     ship, transport, transfer, cause to be transported, or otherwise dispose of any firearm to another person in or otherwise affecting interstate or foreign commerce, if such person knows or has reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony (as defined in section 932(a));

(2)     receive from another person any firearm in or otherwise affecting interstate or foreign commerce, if the recipient knows or has reasonable cause to believe that such receipt would constitute a felony; or

(3)     attempt or conspire to commit the conduct described in paragraph (1) or (2).

Under the attempt prong, the elements are the following:

- That the defendant intended to ship, transport, transfer, cause to be transported or dispose of a firearm to another person in or otherwise affecting interstate commerce.
- That the defendant knew or had reasonable cause to believe that the use, carrying or possession of the firearm by the other person (recipient) would constitute a felony

Under the conspiracy prong, the elements are the following:

- That two or more persons agreed to try to accomplish a common and unlawful plan, as charged in the indictment; and,
- That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose.

## PROBABLE CAUSE

8.      Since April 2019, the DEA Buffalo Resident Office (BRO) and members of the Jamestown Metro Drug Task Force (JMDTF) have conducted an ongoing investigation of methamphetamine and heroin trafficking in Jamestown, New York.   As a result of this investigation, the DEA has interviewed several confidential sources, cooperating witnesses, as well as law enforcement officers working in the greater Jamestown, NY area.   During its investigation, the DEA has identified **CRISTIAN ARROYO COLLAZO** as an individual associated with multiple Jamestown drug traffickers/users.

9.      During this investigation, your Affiant has learned that **CRISTIAN ARROYO COLLAZO** is a Pennsylvania resident with a date of birth of 02/XX/1996.   **ARROYO COLLAZO** has a suspended Pennsylvania Driver's License, and an address in New Castle, Pennsylvania.   Additionally, your Affiant conducted a criminal history query for **CRISTIAN ARROYO COLLAZO**, which resulted in a positive response.   Based on your Affiant's review, your Affiant identified an arrest and a violation of the Controlled Substance, Drug, Device, and Cosmetic Act and Firearms Carried without a License in Pennsylvania on or about October 28, 2022.

10.      On or about November 1, 2021, the Jamestown Police Department (JPD) conducted a vehicle traffic stop of a 2004 Ford Expedition containing one occupant, Steven Mojica Medina.   A second JPD officer was requested to assist due to an apparent language barrier.   JPD requested Mojica Medina to exit the vehicle due to erratic driving, deceitful explanation of where he was going when questioned at the initiation of the stop, a multiple

cell phones observed by the officer at the initial encounter.   After exiting the vehicle, a JPD officer observed a loaded hypodermic syringe located on the driver's seat where Mojica Medina was sitting.   JPD officers observed Mojica Medina's eyes to be red indicative of narcotic use and a large bulge emitting from the front of Mojica Medina, inside his jacket on the right side.   Mojica Medina was then placed in handcuffs and a pat down was conducted to ensure Mojica Medina was not concealing a firearm.   The JPD officer immediately felt a large circular item, Mojica Medina admitted when asked that "it's a drum."   The drum was seized and later determined to contain 54 9mm rounds.   Mojica Medina was then asked, "do you have a gun on you?"   Mojica Medina replied, "it's under the seat."   A search of Mojica Medina's vehicle yielded a Glock 19 Gen 4 9mm handgun (serial number TKW485), which was loaded with a round in the chamber, and a loaded 29 round magazine attached.   The handgun was concealed between the driver's seat and the center console.   JPD officers also located additional 9mm magazines in the center console, which were loaded with 9mm ammunition.   One magazine contained 15 rounds, one magazine contained 14 rounds, one magazine contained 31 rounds, and one magazine contained 22 rounds.   JPD informed Mojica Medina that he was under arrest and was subsequently searched incident to arrest. During the search of Mojica Medina, JPD located 24 individual bags of a powder substance, which JPD determined to contain a total of 9.1 grams of cocaine, and $1311 in cash.   A continued search of the vehicle by JPD located a black Gamo rifle sight, Blackhawk holster, one 9mm round, 21 plastic baggies with residue and two hypodermic syringes located in a backpack on the center console.   JPD additionally determined that due to Mojica Medina's previous criminal conviction of Criminal Possession of a Controlled Substance in the 5th Degree in New York State (a felony) that he is a convicted felon in possession of a firearm.

On or about November 3, 2021, Mojica Medina was federally charged with drug and firearm violations relating to his state arrest on November 1, 2021, by the DEA.   See Case No. 21-mj-171-HKS (WDNY).

11.     On or about November 2, 2021, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) requested a firearms trace report from the ATF of the firearm recovered from Steven Mojica Medina on November 1, 2021.   On November 16, 2021, the ATF completed their Firearms Trace Summary report (Trace Number: T20210481693) indicating the firearm recovered from Mojica Medina to be a Glock GMBH, Model 19, Caliber 9, Serial Number TKW485.   The report also indicated that the firearm was purchased by **ARROYO COLLAZO** on March 18, 2021, from Duke's FFL located in New Castle, Pennsylvania.

12.     On or about February 14, 2022, the Jamestown Police Department (JPD) conducted a vehicle traffic stop of a Gray Chrysler 300 containing two occupants, R.M. (driver) and Jamere Maisonet (front passenger).   During the stop, the driver of the vehicle claimed that she did not have identification or a license.   A JPD officer on scene witnessed furtive movement and movement by both individuals towards each other for the center console.   The officer also noticed a purse that was tipped over facing the backseat that was up against the center console.   Both individuals were asked to exit the vehicle.   R.M. was uncooperative at first, but ultimately exited the vehicle.   Maisonet voluntarily exited the vehicle.   During a search of reachable areas in the vehicle, a .40 caliber Glock 43 with serial number BTET684 was discovered.   A magazine that had a capacity of 22 rounds was loaded into the firearm that contained 13 rounds in the magazine and 1 round in the chamber.   This

firearm was seized by JPD and both individuals were charged with Criminal Possession of a Weapon in the Second Degree.   On or about January 31, 2023, Jamere Maisonet was arrested federally for narcotics sale and distribution by the Federal Bureau of Investigation following an investigation by the JPD into Maisonet's drug trafficking activities.   See Case No. 23-mj-5038-MJR (WDNY).

13.     On or about February 14, 2022, the Federal Bureau of Investigation requested a firearms trace report from the Bureau of Alcohol, Tobacco, and Firearms (ATF) of the firearm recovered from Jamere Maisonet on February 14, 2022.   On March 04, 2022, the ATF completed their Firearms Trace Summary report (Trace Number: T20220074319) indicating the firearm recovered from Jamere Maisonet to be a Glock GMBH, Model 23, Caliber 40, Serial Number BTET684.   The report also indicated that the firearm was purchased by **ARROYO COLLAZO** on June 24, 2021, from Nesbit Guns located in New Castle, Pennsylvania.   The Firearms Trace Summary also stated that the firearm was modified and capable of firing fully automatic (a fully automatic firearm is one that has the ability to fire multiple rounds when depressing the trigger one time).

14.     On or about March 23, 2022, **CRISTIAN ARROYO COLLAZO** was interviewed by the Federal Bureau of Investigation at the Jamestown Police Department (JPD) regarding the firearm recovered from Jamere Maisonet on February 14, 2022. **ARROYO COLLAZO** reported voluntarily for this interview along with an associate of his to assist in translation.   During this interview, in sum and substance, **ARROYO COLLAZO** stated that he purchased the Glock pistol seized by JPD last year in Pennsylvania.

**ARROYO COLLAZO** stated that four of five weeks after purchasing it, he sold it to an individual in Jamestown, NY for $1000.  **ARROYO COLLAZO** stated that he was supposed to complete a transfer at the gun store but did not know the name of the person he sold the gun to.  The person he sold the gun to was referred to him by someone in the neighborhood.  **ARROYO COLLAZO** stated that he knew it was illegal to sell the gun this way, but he did not fully understand the sale and transfer of a firearm.  **ARROYO COLLAZO** identified a photograph of the firearm provided during the interview and subsequently identified Jamere Maisonet as the individual to whom he sold the firearm after seeing the JPD press release regarding the arrests on February 14, 2022.  **ARROYO COLLAZO** stated that he did not alter the firearm to fire in a fully automatic manner. **ARROYO COLLAZO** stated that he sold another firearm to a Jamestown resident about 14 months ago from the interview and that person was arrested one or two days after the sale. **ARROYO COLLAZO** did not know the name of the person who purchased this firearm.

15.     On May 1, 2022, the Erie, Pennsylvania Police Department (EPD) conducted a vehicle stop of a black Alfa Romero.  Upon contact with the driver, EPD officers immediately noticed a strong odor of marijuana emitting from the vehicle.  The operator of the vehicle was determined to be R.S.  EPD officers questioned R.S. and returned to their vehicle to conduct record checks.  At this time, R.S. accelerated at a high rate of speed away from EPD officers while he was still detained upon the initiation of the traffic stop.  EPD officers pursued R.S., observing R.S. commit multiple PA Title 75 violations.  During the pursuit, R.S. was observed walking across the sidewalk and was immediately placed in custody.  A package containing a green leafy material was recovered from R.S.'s pocket.

The vehicle driven by R.S. was located a short time later by EPD officers.   On May 2, 2022, EPD was dispatched to the area of Fairmount Parkway and Bird Drive for a report of a found pistol.   The area where the firearm was recovered was determined to be in the same area as the pursuit with R.S. and EPD believed the firearm to in relation to that pursuit.   The firearm was determined to be a black Springfield Armory XD chambered in 9mm with 15 rounds in the magazine.   After recovering the firearm, EPD spoke to R.S. at the Erie Police Station where R.S. consented to a buccal swab to collect DNA.   A forensic request was completed to have the buccal swab tested for DNA related to the pistol.   To your Affiant's knowledge, the results of this test are still pending.

16.     On or about May 2, 2022, the EPD requested a firearms trace report from the Bureau of Alcohol, Tobacco, and Firearms (ATF) of the firearm recovered on May 2, 2022 and believed to be associated with R.S. and his arrest by EPD on May 1, 2022.   On May 2, 2022, the ATF completed their Firearms Trace Summary report (Trace Number: T20220216194) indicating the recovered firearm was a HS Produkt (In Metal), Model XD9, Caliber 9, Serial Number BY476890 and was purchased by **ARROYO COLLAZO** on June 11, 2021, from Nesbit Guns located in New Castle, Pennsylvania.

## FACEBOOK USERNAME: CRISTIAN ARROYO COLLAZO
## ACCOUNT NUMBER: 100040147005704

17.     As a result of its investigation, the DEA identified Facebook Username: Cristian Arroyo Collazo with Account Number: 100022761742789 related to at least two other Jamestown-based drug traffickers and/or users' Facebook accounts.   On March 27, 2023, a TFO of the DEA obtained a federal search and seizure warrant for Facebook

Username: Cristian Arroyo Collazo with Account Number: 100022761742789, authorized by the Honorable Jeremiah J. McCarthy, United States Magistrate Judge (WDNY), see Case No. 23-mj-1049.   During this investigation, your Affiant has reviewed the Facebook account returns pursuant to the federal search and seizure warrant.   Based on reviewed information, I believe the operator of the Facebook account, believed to be **CRISTIAN ARROYO COLLAZO**, utilized Facebook and Facebook Messenger to conduct firearm related conversations and effectuate his firearms trafficking activities.   I also believe individuals may think that law enforcement is unable to capture these communications.

18.   During the investigation, excerpts of Facebook communications were identified involving **Facebook Username: Cristian Arroyo Collazo with Account Number: 100022761742789**, which based on my training and experience, and information learned during the investigation, your Affiant believes to firearms trafficking related.   During the investigation, your Affiant has learned that **CRISTIAN ARROYO COLLAZO** is an individual with ties to Jamestown, NY.

19.   Below are excerpts of communications involving **Facebook Username: Cristian Arroyo Collazo with Account Number: 100022761742789** obtained pursuant to federal search and seizure warrants:

13

**Body**
    Goldo

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2021-02-04 23:36:09 UTC
**Body** Brotel

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2021-02-04 23:40:34 UTC
**Body** Necesito hablar con tigo

**Author**
**Sent** 2021-02-04 23:43:44 UTC
**Body** El videochat finalizó.
**Call Record**     **Missed** false
      **Duration** 157

**Author**
**Sent** 2021-02-04 23:48:52 UTC
**Body** El videochat finalizó.
**Call Record**     **Missed** false
      **Duration** 283

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2021-02-07 18:53:13 UTC
**Body** Tienes un videochat perdido de Cristian.

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2021-02-15 22:12:34 UTC
**Body** Cristian sent 2 photos.
**Attachments** image-279872636808011 (279872636808011)
                    **Type** image/jpeg
                    **Size** 82274B
                    **URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/1
                         51088289_279872640141344_46127844024827
                         9878_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_n
                         c_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJs
                         Z2VuZXNhWVudC9pbW9nZW46RFlJTWVkaWFFV
                         dGiscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=inter
                         ncache-nao&oh=03_AdSSvryZkXX9gYxUlEFGVX
                         cXbabONXV4JsS8HDmGSp45HA&oe=63D41207



14

**Photo ID**
279872636808011

image-750760402476941 (750760402476941)
**Type** image/jpeg
**Size** 1225151
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/1
51391463_750760409143607_10148978073183
09062_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&
nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBdX
JsZ2VuX2NsaWVudC9j9pbW9nZW46RFJTWVkaWF
VdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=inte
rncache-nao&oh=03_AdRmk6KKSBKszLRCFPWo
dLRZY,0K3BFQBHbu_LKZcWv-jA&oe=63D40E3B



**Photo ID**
750760402476941

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2021-02-15 22:17:26 UTC
**Body** El videochat finalizó.
**Call Record**         **Missed** false
**Duration** 707

    a.    Based on my training and experience, and information learned during the investigation, your Affiant believes this conversation is firearms trafficking related. Your Affiant believes that based on the conversation that **ARROYO COLLAZO** is reaching out to D.L., an individual known to law enforcement as a drug trafficker in Jamestown, NY, to notify him that he is in possession of a firearm ("Necesito hablar con tigo" – I need to talk with you). It appears **ARROYO COLLAZO** is sending supplemental photographs.[2] Following the photographs, **ARROYO COLLAZO** and D.L. have a video chat via Facebook messenger. Your Affiant is aware that firearms distributors attempt to conceal some or all of their conversations to conceal their illegal activity. Your Affiant believes this conversation shows **ARROYO COLLAZO** negotiating and attempting to sell a firearm to a Jamestown-based drug trafficker.

---

2 All translations of Spanish in this affidavit have not been done by a professional translator. Your Affiant has completed those translations to the best of his ability. Your Affiant utilized a combination of Google Translate and his own personal knowledge of the Spanish language. Your Affiant received a bachelor's degree from Canisius College in 2007 for Spanish and Criminal Justice.

```
    Author
      Sent  2020-11-14 03:00:45 UTC
      Body  You sent a photo.
Attachments  image-368054284518520 (368054284518520)
      Type  image/jpeg
      Size  60648
       URL  https://interncache-ftw.fbcdn.net/v/t1.15752-9/1
             25185891_368054291185186_27714360752482
             35330_n.jpg?stp=dst-jpg_p600x600&ccb=1-56_
             nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHB0dX
             JsZ2VuX2NsaWVudC9pbW9nZW46RFJJTWVkaWF
             VdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=inte
             rncache-ftw&oh=03_AVJ9zT8HtBarjOSoOQc9AQ
             dhL5ow4sjatkEPH_eZZGL_jA&oe=6274500B
```



Photo ID  368054284518520

```
    Author
      Sent  2020-11-14 03:00:48 UTC
      Body  400

    Author
      Sent  2020-11-14 03:13:55 UTC
      Body  El videochat finalizó.
Call Record  Missed  false
            Duration  717

    Author  Cristian Arroyo Collazo (Facebook: 100022761742789)
      Sent  2020-11-14 03:14:03 UTC
      Body  Cristian sent 2 photos.
Attachments  image-863366624431956 (863366624431956)
      Type  image/jpeg
      Size  1066430
       URL  https://interncache-ftw.fbcdn.net/v/t1.15752-9/1
             25094373_863366631098622_89546130625359
             06703_n.jpg?stp=dst-jpg_p843x403&ccb=1-56_
             nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHB0dX
             JsZ2VuX2NsaWVudC9pbW9nZW46RFJJTWVkaWF
             VdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=inte
             rncache-ftw&oh=03_AVL1Q89gCXncmqr-OZ5-A
             zDO-T2NygaBVWrEByYDqq2-g&oe=62718607
```

b.   Based on my training and experience, and information learned during the investigation, your Affiant believes this conversation is firearms trafficking related.   Your Affiant believes that based on the conversation that V.D., an individual known to law enforcement as a drug trafficker in Jamestown, NY is reaching out to **ARROYO COLLAZO**, to notify him that he is in possession of a firearm via a photograph and indicates the price for the firearm is $400. Your Affiant believes this conversation shows V.D. attempting to sell a firearm to **COLLAZO-ARROYO**.

16

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2021-10-23 03:14:44 UTC
**Body** Cristian sent a photo.
**Attachments** image-1019159478934086 (1019159478934086)
**Type** image/jpeg

**Size**

92879
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/2
47599924_1019159485600752_3571941913271
924114_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWFFVdGIscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03
AVKmWTx77tpe5wjRpg5ciwYJNxS2kd2pRpdvPjm
Gq9galA&oe=62735C54



17

**Photo ID**

1019159478934086

**Author**  Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent**  2021-10-23 03:17:16 UTC
**Body**  Cristian sent a photo.
**Attachments**  image-4560445000660834 (4560445000660834)
**Type**  image/jpeg
**Size**  49947
**URL**  https://interncache-ftw.fbcdn.net/v/t1.15752-9/2
47946136_4560445003994167_1996298154278
759662_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJlcmxnZW4iOiJwaHBfdXjsZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_
AVILeCT0qF9-nu6_VRSR6Cn0dIL9G1BSdi0vzMhh
RcawRQ&oe=6273FAE3

| Facebook Business Record | Page 2201 |



**Photo ID**

4560445000660834

| | |
|---|---|
| **Author** | Cristian Arroyo Collazo (Facebook: 100022761742789) |
| **Sent** | 2021-10-23 03:18:02 UTC |
| **Body** | Cristian sent a photo. |
| **Attachments** | image-241252468053187 (241252468053187) |
| **Type** | image/jpeg |
| **Size** | 68793 |
| **URL** | https://interncache-ftw.fbcdn.net/v/t1.15752-9/2 |
| | 47631804_241252474719853_82126231019310 |
| | 93268_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=ey |
| | J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb |
| | W9nZW46RFlJTWVkaWVkGlscyJ9&_nc_ad=z-m |
| | &_nc_cid=0&_nc_ht=interncache-ftw&oh=03_A |
| | Vl5V8MZ5Dyv_5Ue9NOqTZPEp3d1s53j97ueT27v |
| | VxqmfA&oe=62724273 |

| Facebook Business Record | Page 2203 |
|---|---|



**Photo ID**
241252468053187



| | |
|---|---|
| **Author** | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent** | 2021-10-23 03:52:57 UTC |
| **Body** | El videochat finalizó. |
| **Call Record** | **Missed** false |
| | **Duration** 20 |
| **Author** | Cristian Arroyo Collazo (Facebook: 100022761742789) |
| **Sent** | 2021-10-23 14:26:44 UTC |
| **Body** | Mera ofrece cuanto |
| **Author** | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent** | 2021-10-23 14:27:08 UTC |
| **Body** | Yo te dije pai |
| **Author** | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent** | 2021-10-23 14:27:31 UTC |
| **Body** | Lomas 700 y que no tengo na pa darte |
| **Author** | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent** | 2021-10-23 14:28:30 UTC |
| **Body** | You sent a photo. |
| **Attachments** | image-873389506704350 (873389506704350) |
| | **Type** image/jpeg |
| | **Size** 93428 |
| | **URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/2 |
| | 46639163_873389510037683_27707126743239 |
| | 73061_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=ey |
| | J1cmxnZW4iOijwaHBfdXJsZ2VuX2NsaWVudC9pb |
| | W9nZW46RFjJTWVkaWFVdGlscyJ9&_nc_ad=z-m |
| | &_nc_cid=0&_nc_ht=interncache-ftw&oh=03_A |
| | VIAChRYCe284DFnz7Gf9_JJDXrOKylY59JcTS1tj2le |
| | zg&oe=6272847E |

c. Based on my training and experience, and information learned during the investigation, your Affiant believes this conversation is firearms trafficking related.   Your Affiant believes that based on the conversation that **ARROYO COLLAZO** is reaching out to V.D. to attempt to sell him a firearm. **ARROYO COLLAZO** sends numerous photographs of what appears to be 9 millimeter caliber Glock handgun.   During the conversation, **ARROYO COLLAZO** tells V.D. to "make him an offer" ("mera ofrece cuento") and V.D. replies "the most 700 and I have nothing to give you" ("Lomas 700 y que no tengo na pa darte").   Your Affiant believes this conversation shows **ARROYO COLLAZO** negotiating and attempting to sell a firearm to a Jamestown-based drug trafficker.

20

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2021-12-16 03:13:02 UTC
**Body** Tienes una llamada perdida de Cristian.

**Author**
**Sent** 2021-12-16 03:42:31 UTC
**Body** Dimelo tipo

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2021-12-16 03:44:17 UTC
**Body** Cristian sent a photo.
**Attachments** image-905180050361900 (905180050361900)
**Type** image/jpeg
**Size** 89851
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/2
64014785_905180053695233_28063482052292
55844_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
W9nZW46RFljTWVkaWFWdGlscyj9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_A
VJ9Ykg3JEKuk1poKlX_X2CxVflJiiJ4Y4gwKsrMTvY7
mQ&oe=62735180



**Photo ID**
905180050361900

**Author**
**Sent** 2021-12-16 04:05:57 UTC
**Body** 500

d.   Based on my training and experience, and information learned during the investigation, your Affiant believes this conversation is firearms trafficking related. Your Affiant believes that based on the conversation that V.D. is reaching out to **ARROYO COLLAZO** requesting **ARROYO COLLAZO** "tell me the type" ("dimelo tipo"). During the conversation, it appears that **ARROYO COLLAZO** replies with photos of what appears to be a Smith and Wesson handgun. V.D. then offers him $500 for the firearm. Your Affiant believes this conversation shows **ARROYO COLLAZO** negotiating and attempting to sell a firearm to a Jamestown-based drug trafficker.

21

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-03-02 06:40:34 UTC
**Body** Dimelo

**Author** 
**Sent** 2022-03-02 06:41:00 UTC
**Body** Dimelo pah

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-03-02 06:48:35 UTC
**Body** Cristian sent a photo.
**Attachments** image-5187354971296196 (5187354971296196)
**Type** image/jpeg
**Size** 161287
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/2
74304838_811244563603840_28114454017046
8530_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
W9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_A
VJ9kSpsNvX96ysYqJ2fMywNNjwD3MfvDTE6omvv
bPdg_Q&oe=6274287C



**Photo ID**
5187354971296196

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-03-02 06:49:37 UTC
**Body** Tienes una llamada perdida de Cristian.

**Author**
**Sent** 2022-03-02 06:57:10 UTC
**Body** Llamaste a Cristian.
**Call Record** **Missed** false
**Duration** 432

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-03-02 06:57:37 UTC
**Body** Cristian sent 2 photos.
**Attachments** image-683596116221011 (683596116221011)
**Type** image/jpeg
**Size** 452239
**URL** https://interncache.ftw.fbcdn.net/v/t1.15752-9/2
74049476_683596122887677_15171933493497
29330_n.jpg?stp=dst-jpg_p843x403&ccb=1-5&
nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdX
JsZ2VuX2NsaWVudC9pbW9nZW46RFIjTWVkaWF
VdGGIscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=inte
rncache.ftw&oh=03_AVIwswrWoNkYoiUPgOwEd
X_qhm-6yxNyvwrrKLElGOAnpg&oe=6273516A

**Facebook Business Record**                    **Page 2211**



**Photo ID**

683596116221011

image-488066883011601 (488066883011601)
**Type** image/jpeg
**Size** 375557
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/2
74150732_488066889678267_26420835957554
55061_n.jpg?stp=dst-jpg_p843x403&ccb=1-5&_
nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdX
JsZ2VuX2NsaWVudC9wbW9nZW46RFlJTWVkaWWF
VdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=inte
rncache-ftw&oh=03_AVLSidy2o4yqGMqG8Hr4FG
x2hNwR_zg9C7jiYfUj1QLtnQ&oe=62720E53



| Facebook Business Record | Page 2213 |

**Photo ID**
488066883011601

**Author**  Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent**  2022-03-02 06:57:45 UTC
**Body**  No tengo mas

**Author**  Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent**  2022-03-02 06:58:03 UTC
**Body**  Cristian sent a voice message.
**Attachments**  audioclip-1646204283000-10565.mp4 (474026567792465)
**Type**  audio/mp4
**Size**  143869
**URL**  https://interncache-ftw.fbsbx.com/v/t59.3654-21
/275058772_474026571125798_208497556331
2642443_n.mp4/audioclip-1646204283000-1056
5.mp4?ccb=1-5&_nc_sid=7272a8&efg=eyJ1cmx
nZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRpcdH
kvbWVzc2FnZV9hdWRpbyJ9&_nc_ht=interncach
e-ftw.fbsbx.com&oh=03_AVJX5N5oJP1nRrZrPflk
NH5SW7Pkfb3rmAfTgXlo8gLufw&oe=624F95AA
&dl=1

**Author**  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent**  2022-03-02 06:58:51 UTC
**Body**  Ok mañana te dejo saver por la mañana

**Author**  Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent**  2022-03-02 06:59:24 UTC
**Body**  👍
**Attachments**  sticker (369239263222822)
**Type**  image/png
**Size**
**URL**  https://interncache-ftw.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_5411344281094848512_n.png?ccb=1-5&_nc_sid=0572db&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9l
bnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-ftw&oh=00_
AT-pjIqBa8IXCjO8UpFn6mIuZyWMJ0cJMiounkOXe
EaXqA&oe=6253244B



**Photo ID**  369239263222822

e.   Based on my training and experience, and information learned during the investigation, your Affiant believes this conversation is firearms trafficking related.  Your Affiant believes that based on the conversation that **ARROYO COLLAZO** is reaching out to V.D. to attempt to sell him two firearms and varying capacity magazines.   During the conversation, **ARROYO COLLAZO** sends numerous photographs of what appears to be two separate Glock handguns and tells V.D. "I don't have more" ("No tengo mas").  V.D. advises **ARROYO COLLAZO** "tomorrow I'll let you know in the morning" ("Ok manana te dejo saver por la manana").  Your Affiant believes V.D. is advising **ARROYO COLLAZO** whether he intends to complete the transaction.

25

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)

**Sent**
2022-09-03 22:18:10 UTC
**Body** Yo

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-09-06 13:20:32 UTC
**Body** You sent a photo.
**Attachments** image-466331165386853 (466331165386853)
**Type** image/jpeg
**Size** 99491
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/304449041_466331168720186_7206102640333881528_n.jpg?ccb=1-7& nc_sid=73a6a0&efg=eyJ 1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFljTWVkaWFFVdGlscyJ9& nc_ad=z-m& nc_cid=0& nc_ht=interncache-eag&oh=03_AdRHaRm8v7VmAcsHHMx14_hyE2DaerUtJ75-YW2O8GPCGA&oe=646A569C



| | |
|---|---|
| **Author** | Cristian Arroyo Collazo (Facebook: 100022761742789) |
| **Sent** | 2022-09-06 13:20:39 UTC |
| **Body** | 500 |

| | |
|---|---|
| **Author** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent** | 2022-09-06 13:26:12 UTC |
| **Body** | Save dat for me I'm serious |

| | |
|---|---|
| **Author** | Cristian Arroyo Collazo (Facebook: 100022761742789) |
| **Sent** | 2022-09-06 13:26:34 UTC |
| **Body** | 500 |

| | |
|---|---|
| **Author** | Cristian Arroyo Collazo (Facebook: 100022761742789) |
| **Sent** | 2022-09-06 13:27:22 UTC |
| **Body** | You sent a voice message. |
| **Attachments** | audioclip-1662470841000-1811.mp4 (1048652705776305) |
| **Type** | audio/mp4 |
| **Size** | 71602 |
| **URL** | https://interncache-eag.fbsbx.com/v/t59.3654-2 1/305541092_1048652709109638_3762758209 037534542_n.mp4/audioclip-1662470841000-18 11.mp4?ccb=1-7& _nc_sid=7272a8&efg=eyJ1cm xnZW4iOiJwaHBfdXJsZ2Vu4X2NsaWVuduaC9lbnRpd HkvbWVzc2FnZV9hdWRpbyJ9& _nc_ht=interncac he-eag.fbsbx.com&oh=03_AdTD3BzoSCDRDvm Mb9d86mExB1Jsbpr1gm_qG0DBGlFAKA&oe=64 443BDC&dl=1 |

| | |
|---|---|
| **Author** | Cristian Arroyo Collazo (Facebook: 100022761742789) |
| **Sent** | 2022-09-12 13:17:51 UTC |
| **Body** | 650 for Xfinity |

| | |
|---|---|
| **Author** | Cristian Arroyo Collazo (Facebook: 100022761742789) |
| **Sent** | 2022-09-12 13:18:05 UTC |
| **Body** | XD |

f.      Based on my training and experience, and information learned during the investigation, your Affiant believes this conversation is firearms trafficking related.   Your Affiant believes that based on the conversation that **ARROYO COLLAZO** is reaching out to K.P. to attempt to sell him a firearm for five hundred dollars after sending a photo of the firearm to K.P.   Your Affiant believes this conversation shows **ARROYO COLLAZO** negotiating and attempting to sell a firearm to a New York State resident.[3]

---

3 During the investigation, your Affiant has learned that an individual believed to be K.P. resides in the Western District of New York.

**Author**
      Cristian Arroyo Collazo (Facebook: 100022761742789)
    **Sent** 2022-10-23 23:49:07 UTC
    **Body** Yo am jamestown

    **Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
    **Sent** 2022-10-24 00:06:27 UTC
    **Body** KpGang tiene una llamada perdida tuya.

**Author**
    **Sent** 2022-10-24 00:06:44 UTC
    **Body** I'm
        In Buffalo at work

    **Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
    **Sent** 2022-10-24 00:30:23 UTC
    **Body** Omg

**Author**
    **Sent** 2022-11-04 15:25:25 UTC
    **Body** Ima tell u This papa I'll get it off u but u charging to much for shit
        ain't nobody out there buying it for dat price any ways mfs ppls
        told me u charging to much and u tryna have me drive hrs to u

**Author**
    **Sent** 2022-11-04 15:25:36 UTC
    **Body** If we can't do nothing u der 900 den iont want it

    **Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
    **Sent** 2022-12-07 00:55:36 UTC
    **Body** KpGang tiene un videochat perdido tuyo.

    **Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
    **Sent** 2022-12-21 03:51:42 UTC
    **Body** El videochat finalizó.
**Call Record**        **Missed** false
                **Duration** 117

    **Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
    **Sent** 2022-12-21 15:09:14 UTC
    **Body** ?

    **Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
    **Sent** 2022-12-22 20:32:43 UTC
    **Body** El videochat finalizó.
**Call Record**        **Missed** false
                **Duration** 46

    **Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
    **Sent** 2022-12-22 21:37:19 UTC
    **Body** Yo

**Author**
    **Sent** 2023-03-07 00:58:51 UTC
    **Body** Tienes un videochat perdido de KpGang.

    **Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
    **Sent** 2023-03-07 02:52:41 UTC
    **Body** Yo

**Author**

**Sent** 2023-03-07 02:58:02 UTC
**Body** I got 6

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2023-03-07 14:17:16 UTC
**Body** You sent a video.
**Attachments** video-fd9df94c-442f-4336-8c33-26ce33a5f3ee-1678198635.mp4
(5906877392768122)
**Type** video/mp4
**Size** 4402417
**URL** https://interncache-eag.fbcdn.net/v/t42.3356-2/
329095834 5844420668959459 280525421647
413376 n.mp4?ccb=1-7& nc sid=a2c536&efg=
eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9
EWUiNZXNzYWdlRGF0YUFkYYXB0ZXIifQ%3D%3D
& nc ht=interncache-eag&oh=03 AdSA1CiQpU
b0oI51fcL02AYIp2uQ9Y0ZJVe 2EKyTuBYg&oe=6
442F642

**Author**

**Sent** 2023-03-07 15:43:18 UTC
**Body** I can get tht for 6

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2023-03-07 15:43:39 UTC
**Body** 500

**Author**

**Sent** 2023-03-07 15:43:45 UTC
**Body** I got 5 rn

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2023-03-07 15:44:25 UTC
**Body** ?

**Author**

**Sent** 2023-03-07 15:45:27 UTC
**Body** I got 500 right now

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2023-03-07 15:45:54 UTC
**Body** Ok my en Ohio

29



g.      Based on my training and experience, and information learned during the investigation, your Affiant believes this conversation is firearms trafficking related.   Your Affiant believes that based on the conversation that **ARROYO COLLAZO** is reaching out to K.P. on or about October 23, 2022, to let him (K.P.) know he (**ARROYO COLLAZO)** is in Jamestown, NY.   It appears that in the conversation, K.P. advises that he (K.P.) is in Buffalo, NY.   K.P. then continues to discuss process for firearms with **ARROYO COLLAZO** and complains about **ARROYO COLLAZO's** pricing.   On or about March 7, 2023, K.P. attempts to video chat with **ARROYO COLLAZO.**   In the conversation**, ARROYO COLLAZO** and K.P. continue to speak via Facebook Messenger.   It appears that K.P. notifies **ARROYO COLLAZO** that he has six hundred dollars available.   **ARROYO COLLAZO** then sends a video message to K.P. of what appears to be a revolver type firearm with a defaced serial number.   **ARROYO COLLAZO** then informs K.P. that it is five hundred dollars.   K.P. appears to agree to the sale, but **ARROYO COLLAZO** informs K.P. that his is currently in Ohio.

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-07-06 00:44:25 UTC
**Body** Yo

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-07-11 23:29:09 UTC
**Body** James tiene un videochat perdido tuyo.

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-07-15 21:49:18 UTC
**Body** You sent 2 photos.
**Attachments** image-1718009981866441 (1718009981866441)
**Type** image/jpeg
**Size** 1384910
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
289881742_1173379253232600_687004975818
2415177_n.jpg?stp=dst-jpg_p843x403&ccb=1-7
&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBf
dXJsZ2VuX2NsaWVudC9pbW9nZW46RFljTWVka
WFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=i
nterncache-eag&oh=03_AdTKyyGRaAj4icCl1hPF
moiRQ0tLYoAVmzMwfpcw0EnQ6A&oe=646A3A3
5



31

**Photo ID**

1718009981866441

image-780972069725707 (780972069725707)
**Type**  image/jpeg
**Size**  1569488
**URL**  https://interncache-eag.fbcdn.net/v/t1.15752-9/
290230526_1409950832852714_382827570252
2118549_n.jpg?stp=dst-jpg_p843x403&ccb=1-7
&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBf
dXJsZ2VuX2NsaWVudC9wbW9nZW46RFljTWVVka
WFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=i
nterncache-eag&oh=03_AdSTiweRV33u4VmsoJL
eCwjLaxfBcoCi6p7doWVw2_0FEQ&oe=646A37D
C



**Photo ID**

780972069725707

**Author**

**Sent** 2022-07-15 23:15:45 UTC

**Body** I want

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)

**Sent** 2022-07-15 23:17:07 UTC

**Body** You sent a voice message.

**Attachments** audioclip-1657927026000-1950.mp4 (719325632507783)

**Type** audio/mp4

**Size** 73555

**URL** https://interncache-eag.fbsbx.com/v/t59.3654-2
1/293805675_719325635841116_22750340069
07776385_n.mp4/audioclip-1657927026000-195
0.mp4?ccb=1-7& nc_sid=7272a8&efg=eyJ1cmx
nZW4iOiJwaHBfaXJsZ2V2X2NsaWVudC9lbnRpdH
kvbWV2c2FnZV9hdWRpbyJ9& nc_ht=interncach
e-eag.fbsbx.com&oh=03_AdQN_3NT6CiZ1G3Ot3
kXBbZad-
Xv8lgDfJ7j6ebyTe8Ziw&oe=64449E99&dl=1

**Author**

**Sent** 2022-07-15 23:17:32 UTC

**Body** How much

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)

**Sent** 2022-07-15 23:53:05 UTC

**Body** 17

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)

**Sent** 2022-07-15 23:53:42 UTC

**Body** 3 clips en

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)

**Sent** 2022-07-15 23:53:55 UTC

**Body** You sent a photo.

**Attachments** image-715138919552630 (715138919552630)

**Type** image/jpeg

**Size** 272589

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
291919757_715138926219296_3325313382541
101895_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&
nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfd
XJsZ2V2X2NsaWVudC9pbW9nZW46RFlJTWVkaW
FVdGlscyJ9& nc_ad=z-m& nc_cid=0& nc_ht=int
erncache-eag&oh=03_AdQyS5pDM5shzzwITAh3
ztwirBrhwv9n3vVgJd7tklYo3g&oe=646A3CF4

33



h.  Based on my training and experience, and information learned during the investigation, your Affiant believes this conversation is firearms trafficking related.   Your Affiant believes that based on the conversation that **ARROYO COLLAZO** is contacting J.H. in the hopes of selling J.H. what appears to be a Glock pistol and three high capacity magazines.   **ARROYO COLLAZO** indicates that the firearm and magazines will cost $1,700.   An open source review of Facebook Profile: J.H. indicates that J.H. resides in Jamestown, New York and is from Buffalo, New York.   Your Affiant believes this conversation shows **ARROYO COLLAZO** negotiating and attempting to sell a firearm to a New York State resident.

**Author**
**Sent** 2022-08-04 10:58:25 UTC
**Body** Yo u called

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-08-04 21:51:50 UTC
**Body** You sent a photo.
**Attachments** image-639783933808249 (639783933808249)
**Type** image/jpeg
**Size** 840158
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
296454604_457704836204753_1844885573025
309980_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&
nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfd
XJsZ2VuX2NsaWVudC9pbW9nZW46RFJJTWVkaaW
FVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=int
erncache-eag&oh=03_AdRD9On9YX3mSljR-UXi2
5XgAyIcGG4gOVrROWgqoM3lRg&oe=646A3E55



**Photo ID** 639783933808249

**Author**
**Sent** 2022-08-04 21:52:43 UTC
**Body** How much

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-08-04 21:56:30 UTC
**Body** 1600

i.    Based on my training and experience, and information learned during the investigation, your Affiant believes this conversation is firearms trafficking related.   Your Affiant believes that based on the conversation that **ARROYO COLLAZO** is contacting J.H. in the hopes of selling J.H. what appears to be an AR style rifle and high capacity magazine.   **ARROYO COLLAZO** indicates that the price will be $1,600.   Your Affiant believes this conversation shows **ARROYO COLLAZO** negotiating and attempting to sell a firearm to a New York State resident.

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-08-29 19:24:23 UTC

**Body**
You sent 2 photos
**Attachments** image-8396745807749115 (8396745807749115)
**Type** image/jpeg
**Size** 1228943
**URL** https://interncache-aag.fbcdn.net/v/t1.15752-9/
302081726_740109900626378_721101036214 7
029831_n.jpg?stp=dst-jpg_p600x600&ccb=1-7&
nc_sid=73a6a06e&lg=eyJ1cmx=ZW4iOjwaH8hl
XJsZ2VoX2NsaWVudC9G9bW9nZW46RFJjTWVkaW
fVdG0scyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=int
erncache-aag&oh=03_AdDxiPAq4Po6SlLwIVyJ
g0254Nt2urB-hexPMn5s3Ug&oe=646A4J0A



**Photo ID** 8396745807749115

image-6003772082111799 (6003772082111799)
**Type** image/jpeg
**Size** 787637
**URL** https://interncache-aag.fbcdn.net/v/t1.15752-9/
300446318_489983455504057_183948322404 7
029917_n.jpg?stp=dst-jpg_p843x4036ccb=1-7&
nc_sid=73a6a06e&lg=eyJ1cmx=ZW4iOjwaH8hl
XJsZ2VoX2NsaWVudC9G9bW9nZW46RFJjTWVkaW
fVdG0scyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=int
erncache-aag&oh=03_AdTMobtUKm9bd1ntttIs
4et/VgvvRMPDJTaZuAH9axMfg&oe=646A306D



**Photo ID**
600377208211799

**Author** [redacted]
  **Sent** 2022-08-29 19:24:55 UTC
  **Body** How much

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
  **Sent** 2022-08-29 19:27:49 UTC
  **Body** 13

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
  **Sent** 2022-08-29 19:28:00 UTC
  **Body** 12

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
  **Sent** 2022-08-30 19:22:28 UTC
  **Body** You sent a photo.
**Attachments** image-764008264824715 (764008264824715)
         **Type** image/jpeg
         **Size** 1432561
         **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
              300683667_608226220774221_8682942292045
              892806_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&
              _nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaBfd
              XJsZ2VuX2NsaWVudC9pbW9nZW46RFiJTWVkaW
              FVdGlscyJ9& nc_ad=z-m& nc_cid=0& nc_ht=int
              erncache-eag&oh=03_AdQFugr6tViLaL0sApysYX
              7nsNZPq1RygVYtD0V6Ej2_Bg&oe=646A385B



Photo ID
764008264824715

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)
**Sent** 2022-09-27 20:15:25 UTC
**Body** You sent a photo
**Attachments** image-770755210822460 (770755210822460)
**Type** image/jpeg
**Size** 1213708
**URL** https://interncache-eag-fbcdn.net/v/t1.15752-9/
306534831_793914241657326_734881949025
786350-n.jpg?stp=dst-jpg_p600x600&ccb=1-7&
nc_sid=73a6a0&efg=eyJlcmxnZW4iOjwuHBfd
XJsZ2VuX2NsaWVudC9pbW9nZW46RFjTWVkaW
FVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=int
erncache-eag&oh=03_AdRWoAzk9N5b34vy44LT
WkbQ!pffGMmmBPj7zKuNktbmg&oe=646A305
8



Photo ID 770755210822460

**Author** Cristian Arroyo Collazo (Facebook: 100022761742789)

**Sent**
2022-09-27 20:15:33 UTC
**Body** 1000
**Author**
**Sent** 2022-09-27 20:15:44 UTC
**Body** Reaccionó ♥ a tu mensaje

j.     Based on my training and experience, and information learned during the investigation, your Affiant believes this conversation is firearms trafficking related.   Your Affiant believes that based on the conversation that **ARROYO COLLAZO** is contacting J.H. in the hopes of selling J.H. what appears to be two AR style rifles and what appears to be a Glock handgun.   **ARROYO COLLAZO** indicates that the first AR he sends photos of on or about August 29, 2022, is $1,300, the Glock is $1,200, and the last AR style rifle he sends a photo is $1,000.     Your Affiant believes this conversation shows **ARROYO COLLAZO** negotiating and attempting to sell a firearm to a New York State resident.

20.     Based on your Affiant's training and experience, information learned during the investigation, and conversations with other officers, your Affiant believes that **CHRISTIAN ARROYO COLLAZO** is in the business of unlicensed firearms dealing. **ARROYO COLLAZO** is principally located in the state of Pennsylvania, where he has purchased at least several firearms.   It appears **ARROYO COLLAZO** has sold or transferred and attempted to sell or transfer several firearms to Jamestown-based drug traffickers and New York residents (some of which your Affiant has learned have criminal convictions). Additionally, as evidenced above, **ARROYO COLLAZO** has already acknowledged that his firearms dealing as of at least February 2021 was of an illicit nature.   It appears that based on his Facebook activities, he has continued, nonetheless.

21.     Based on your Affiant's training and experience, information learned during this investigation, and information received from the ATF, **ARROYO COLLAZO's** firearms trafficking and related activities have impacted interstate commerce.   Based on your Affiant's review of the aforementioned information, **ARROYO COLLAZO** is a resident of Pennsylvania and has purchased numerous firearms in Pennsylvania, subsequently at least two individuals in the state of New York have been arrested while in possession of firearms originally purchased by **ARROYO COLLAZO** in Pennsylvania.   In addition, **ARROYO COLLAZO** has stated in the Facebook messages that he was in the city Jamestown, New York indicating that he is traveling between Pennsylvania and New York.

22.     **WHEREFORE,** based on the foregoing, your affiant respectfully submits that probable cause exists to believe that **ARROYO COLLAZO** violated Title 18, United States Code, Sections 922(a)(1)(A) (unlicensed dealing) 924(b) (interstate shipment and transportation of firearms), and 933(a)(3) (firearms trafficking), requests that a Criminal Complaint and Arrest Warrant as aforesaid is issued, , and that this Complaint and Affidavit to be sealed based on a continuing investigation and further Order of this Court.

CHRISTOPHER SZMANIA (Affiliate)
Digitally signed by CHRISTOPHER SZMANIA (Affiliate)
Date: 2023.07.11 14:08:53 -04'00'

CHRISTOPHER M. SZMANIA
TASK FORCE OFFICER
Drug Enforcement Administration

Affidavit submitted electronically by e-mail in
.pdf format. Oath administered, and contents
and signatures attested to me as true and accurate
telephonically pursuant to Fed R. Crim. P. 4.1,
this 11th day of July, 2023.

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE